JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIBO ZHONGSHI GREEN BIOTECH CO., LTD, <br><br> Petitioner, <br><br> v. <br><br> PACIFIC CHEMICAL INTERNATIONAL, INC., <br><br> Respondent. | Case No. 13-cv-4780 ODW (JCx) <br><br> **JUDGMENT** |

For the reasons set forth in the Order filed herewith, the Court has ordered that Petitioner Zibo Zhongshi Green Biotech Co., Ltd.'s Petition to Compel Arbitration is **GRANTED**. (ECF No. 13.) The Court appoints Honorable Charles S. Vogel (Ret.) as the arbitrator in this matter. The Court hereby directs that final judgment be entered consistent with that Order. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 24, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**